NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE: RAJ K. PATEL,**
*Petitioner*

2023-113

On Petition for Writ of Mandamus to the United States Court of Federal Claims.

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Raj K. Patel filed a second corrected combined petition for panel rehearing and rehearing en banc [ECF No. 15]. The petition was referred to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

April 25, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court